```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
SIMON J. BURCHETT PHOTOGRAPHY, INC.,

                    Plaintiff,

        -against-

INFOWAY LLC,

                    Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/3/2020
```

20 Civ. 3476 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On May 7, 2020, the Court ordered the parties to submit a joint letter and proposed case management plan by July 1, 2020. ECF No. 7. That submission is now overdue. Accordingly, it is hereby ORDERED that the parties shall submit their joint letter and proposed case management plan by **10:00 a.m.** on **July 7, 2020**.

      SO ORDERED.

Dated: July 3, 2020
       New York, New York

                                            ANALISA TORRES
                                          United States District Judge